IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL ALBERT GUARDADO, | No. C 08-03268 CW (PR) |
| Petitioner, | ORDER TO SHOW CAUSE |
| v. | |
| J. DAVIS, et al., | |
| Respondents.                      / | |

Petitioner, a state prisoner, has filed this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. He has paid the $5.00 filing fee.

In a separate order filed today, the Court granted Petitioner's motion for appointment of counsel. The Court directs Petitioner's counsel to abide by the briefing schedule outlined below.

It does not appear from the face of the petition that it is without merit. Good cause appearing, the Court hereby issues the following orders:

1. The Clerk of the Court shall serve a copy of this Order and the petition and all attachments thereto upon Respondents and Respondents' attorney, the Attorney General of the State of California. The Clerk shall also send a copy of this Order to Petitioner's counsel and to Petitioner.

2. Respondents shall file with this Court and serve upon Petitioner, within sixty (60) days of the issuance of this Order, an Answer conforming in all respects to Rule 5 of the Rules Governing Section 2254 Cases, showing cause why a writ of habeas corpus should not be issued. Respondents shall file with the

Answer a copy of all portions of the relevant state records that have been transcribed previously and that are relevant to a determination of the issues presented by the petition.

3.  If Petitioner wishes to respond to the Answer, he shall do so by filing a Traverse with the Court and serving it on Respondents within <u>thirty (30) days</u> of his receipt of the Answer. Should Petitioner fail to do so, the petition will be deemed submitted and ready for decision <u>thirty (30) days</u> after the date Petitioner is served with Respondents' Answer.

4.  Respondents may file a motion to dismiss on procedural grounds in lieu of an Answer, as set forth in the Advisory Committee Notes to Rule 4 of the Rules Governing Section 2254 Cases.  If Respondents file such a motion, Petitioner shall file with the Court and serve on Respondents an opposition or statement of non-opposition to the motion within <u>thirty (30) days</u> of receipt of the motion, and Respondents shall file with the Court and serve on Petitioner a reply within <u>fifteen (15) days</u> of receipt of any opposition.

5.  Extensions of time are not favored, though reasonable extensions will be granted.  Any motion for an extension of time must be filed no later than <u>ten (10) days</u> prior to the deadline sought to be extended.

IT IS SO ORDERED.

Dated:   11/12/08

*[signature: Claudia Wilken]*
CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

PAUL ALBERT GUARDADO,

        Plaintiff,

  v.

J. DAVIS et al,

        Defendant.

Case Number: CV08-03268 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on November 12, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Paul Albert Guardado E-36459
CTF North
Rainer B, 344
P.O. Box 705
Soledad, CA 93960-0705

```
Kent G. Washburn (SBN 88282)
123 Jewell St.
Santa Cruz, CA 95060-1717
```

M. Cate, Director
CA Department of Corrections and Rehabilitation
P. O. Box 942883
Sacramento CA. 94283

**Ben Curry, Warden**

P.O. Box 686
Soledad, CA 93960-0686

J. Davis, Chairman

Department of Parole Hearings

1515 S Street

Sacramento, CA 95811-7243

C:\Documents and Settings\Workstation\Local Settings\Temp\notes95EC0B\~7805245.frm

1  Attorney General
2  State of California
   455 Golden Gate Avenue, #11000
3  San Francisco, CA  94102

4
   Dated: November 12, 2008
5
                                             Richard W. Wieking, Clerk
6                                            By: Sheilah Cahill, Deputy Clerk