IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

PAUL ALBERT GUARDADO,　　　　　　　　　　　　No. C 08-03268 CW

　　　　Petitioner,　　　　　　　　　　　　　　ORDER FOR
　　　　　　　　　　　　　　　　　　　　　　　　QUARTERLY
　v.　　　　　　　　　　　　　　　　　　　　　 BRIEFING

J. DAVIS, et al.,

　　　　Respondents.
　　　　　　　　　　　　　　　　　　　　　　/

　　　　On January 20, 2010, this Court entered an order staying this case on the ground that the Court had granted habeas relief to Petitioner in his previous case, C 05-0194 CW, which challenged his sixth denial of parole by the Board of Parole Hearings (Board) and which was on appeal before the Ninth Circuit.  In the Order, the Court noted that, if the Ninth Circuit affirmed the grant of habeas relief in case C 05-0194 CW, the instant petition challenging the Board's later denial of parole would become moot.  Therefore, the Court ordered the parties to file quarterly status reports of the proceedings before the Ninth Circuit in case C 05-0194 CW.

　　　　More than three months have passed since the Court entered the stay order and the parties have not filed a status report regarding

the Ninth Circuit proceedings.  The Ninth Circuit's docket notes that the last document filed in case C 05-0194 CW is the appellant's reply brief.  Apparently the Ninth Circuit has not yet heard oral argument.  Because the Court has ascertained this information, there is no need for the parties to file a status report at this time.  However, they must do so within ninety days from the date of this order, and every ninety days thereafter as previously ordered.

    IT IS SO ORDERED.

Dated: 12/9/2010

CLAUDIA WILKEN
United States District Judge

2